UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                     Plaintiff,

                                            <u>ORDER</u>

                                            06-CR-6198L

             v.

EMANUEL DE JESUS SOSA-LOPEZ,

                     Defendant.
_____

      Defendant's *pro se* motion (Dkt. #80) which I treat as a motion to reconsider his sentence is in all respects denied.

      IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       December 15, 2011.